PROB 12C
(7/93)

Report Date:  November 26, 2014

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2014

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Gonzales          Case Number: 0980 2:12CR02055-001

Address of Offender:▉▉▉▉▉▉▉, Grandview, Washington 98930

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 5, 2004

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance with Intent to Distribute, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison 188 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 18, 2012 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: May 17, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition**:  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Special Condition**:  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**:  On November 24, 2014, Samuel Gonzales reported to Merit Resource Services (Merit) and admitted to consuming alcohol and using methamphetamine on or about November 22, 2014.  The defendant reviewed and signed a drug and alcohol admission of use form acknowledging the aforementioned. |
| 2 | **Standard Condition #3**:  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On November 25, 2014, Samuel Gonzales failed to report to the U.S. Probation Office as directed. |

On November 24, 2014, the defendant was directed to report for an office visit on November 25, 2014, by 2 p.m., but he failed to report.  Several attempts were made to reach him by phone but all were met with negative results.

3      **Special Condition**:  You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall also contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

     **Supporting Evidence**:  On November 26, 2014, Samuel Gonzales failed to report to Merit Resources Services as directed.

     On November 24, 2014, the defendant reported to Merit and admitted to using methamphetamine and consuming alcohol on or about November 22, 2014.  As a result of his relapse, his treatment counselor directed him to report for a treatment case staffing on November 26, 2014, at 10 a.m., but he failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    <u>11/26/2014</u>

<u>s/Jose Vargas</u>

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[   ]     No Action
[ X ]     The Issuance of a Warrant
[   ]     The Issuance of a Summons
[   ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]     Defendant to appear before the Judge assigned to the case.
[ X ]     Defendant to appear before the Magistrate Judge.
[   ]     Other

<u>         James P Hutton        </u>
Signature of Judicial Officer

<u>    11/26/2014        </u>
Date

