PROB 12C
(7/93)

Report Date:  January 8, 2015

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2015

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Gonzales          Case Number: 0980 2:12CR02055-001

Address of Offender: �ना▊▊▊▊▊▊, Grandview, Washington ▊▊▊▊

Name of Sentencing Judicial Officer:  The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence: January 5, 2004

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance with Intent to Distribute, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 188 months<br>TSR - 48 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 18, 2012 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 17, 2016 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Gonzales was directed by U.S. Probation Officer (USPO) Jose Vargas not to have contact with his girlfriend.  Mr. Gonzales denied having any contact with her.  However, on January 8, 2015, the defendant admitted to USPO Jose Vargas he has been in contact with his girlfriend several times since January 1, 2015. |
| 2 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Gonzales provided a urinalysis on January 8, 2015, that tested positive for methamphetamine.  After the urinalysis tested positive, Mr. Gonzales admitted he consumed methamphetamine on January 6, 2015. |

Prob12C

**Re: Gonzales, Samuel**
**January 8, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/08/2015

s/Phil Casey for

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
   Court.
[ ]  Defendant to appear before the Judge assigned to the
     case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/8/2015

Date

