PROB 12C
(7/93)

Report Date: March 9, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 09, 2016**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Gonzales                Case Number: 0980 2:12CR02055-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 5, 2004

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance with Intent to Distribute, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 188 months; TSR - 48 months |
| Asst. U.S. Attorney: | TBD |
| Defense Attorney: | TBD |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 18, 2012

Date Supervision Expires: May 17, 2016

## PETITIONING THE COURT

   To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/07/2016.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The offender shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: On March 8, 2016, this officer spoke with Mr. Gonzales at the Yakima County Jail.  Mr. Gonzales informed this officer that on March 4, 2016, he hired a prostitute and paid her $50 for her services.  Mr. Gonzales stated he was arrested prior to engaging in any sexual conduct with the prostitute. |
| | Due to Mr. Gonzales paying a fee for agreed sexual conduct with a another person, he violated Revised Code of Washington (RCW) 9A.88.110, patronizing a prostitute.  Patronizing a prostitute is a misdemeanor. |

Prob12C
**Re: Gonzales, Samuel**
**March 9, 2016**
Page 2

| | | |
|---|---|---|
| 3 | | **Standard Condition # 8**: The offender shall not frequent places where controlled substances are illegally sold, used, distributed, or administered. |

**Supporting Evidence**: Mr. Gonzales was arrested on March 4, 2016, at 855 Hickory Road, Grandview, Washington. On March 8, 2016, this officer spoke with a detective from the Law Enforcement Against Drugs (LEAD) Task Force. The detective stated LEAD Task Force officers discovered methamphetamine, heroin, cocaine, prescription pills, and several firearms in the residence. He also described the residence as a drug dwelling and said he was taking action to remove the owners from the residence.

4         **Standard Condition # 9**: The offender shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Mr. Gonzales was arrested on March 4, 2016, at 855 Hickory Road, Grandview, Washington, for possession of a controlled substance, methamphetamine. On March 8, 2016, this officer spoke with a detective from LEAD Task Force. The detective stated eight people in the residence were arrested on March 4, 2016, but did not provide details regarding the other individuals' arrests. Mr. Gonzales did not have permission from this officer to associate with the other individuals at the residence who were arrested by law enforcement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 9, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Offender to appear before the Judge assigned to the case.
[ ] Offender to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

3/9/2016
Date