PROB 12C
(7/93)

Report Date: March 7, 2016

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Mar 07, 2016**

Eastern District of Washington

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Samuel Gonzales                    Case Number: 0980 2:12CR02055-MKD-1

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 5, 2004

Original Offense:        Possession of a Controlled Substance with Intent to Distribute, 21 U.S.C. § 841(a)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 188 months; TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: | May 18, 2012 |
| Defense Attorney: | TBD | Date Supervision Expires: | May 17, 2016 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The offender shall not commit another federal, state, or local crime.<br><br>**Mandatory Condition # 3**: The offender shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: The following is a summary of the incident report for case number 16x00025, written by Detective Boone. On March 4, 2016, the Law Enforcement Against Drugs (LEAD) Task Force executed a search warrant at 853 and 855 Hickory Road in Grandview, Washington.<br><br>As a result of the search warrant, Mr. Gonzales was discovered hiding inside the residence at 855 Hickory Road. When Mr. Gonzales stood from the place he was hiding, detectives discovered Mr. Gonzales was sitting on a baggy of white crystalline substance and a glass pipe, commonly used to consume methamphetamine.<br><br>The items were collected and transported to the LEAD office for processing. The white crystalline substance weighed 0.7 grams and field tested positive for the presence of methamphetamine. |

Prob12C
Re: Gonzales, Samuel
March 7, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 7, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

M.K. Dimke

Signature of Judicial Officer

3/7/2016

Date