# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMUEL GONZALES,<br><br>    Defendant. | No. 2:12-CR-2055-LRS<br><br>ORDER GRANTING UNOPPOSED MOTION TO TRAVEL AND MOTION TO EXPEDITE |

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 104, and Motion to Expedite, ECF No. 105  Defendant seeks to travel to Sandy, Utah, to attend his son's wedding.  Neither the United States nor the U.S. Probation Office object to Defendant's request to travel.  Accordingly,

**IT IS ORDERED** that Defendant's unopposed Motion to Modify Conditions of Release, **ECF No. 104**, and Motion to Expedite, **ECF No. 105**, are **GRANTED**.

Defendant may travel to Sandy, Utah, on May 19, 2016, and shall return to his residence no later than May 23, 2016.  He shall provide the U.S. Probation Office with his travel plans and contact information while he is in Utah prior to travel.

All other terms and conditions of supervised release not inconsistent herewith shall remain in full force and effect.  The requirement of Electronic Monitoring remains in effect during travel outside this district.

DATED May 16, 2016.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1